At the United States District Court held in and for the Eastern District of New York at the Alfonse M. D'Amato, U.S. Courthouse, located at 100 Federal Plaza, Central Islip, New York 11722-4449, on the 15 day of October, 2014

PRESENT:

ARTHUR D. SPATT

United States ~~Magistrate Justice~~
DISTRICT JUDGE

-----------------------------------------------------------X

In the Matter of the Search of

THE PREMISES KNOWN AND DESCRIBED AS 100 SWEENEYDALE AVENUE, BAYSHORE, NEW YORK, A ONE STORY BRICK BUILDING WITH A SIGN THAT HAS THE NUMBER "100" (Subject Premises)

-and-

In the Matter of the Search of

THE PREMISES KNOWN AND DESCRIBED AS 15-13 132nd STREET, COLLEGE POINT, NEW YORK, A TAN BRICK WAREHOUSE WITH ONE CARGO BAY AND A SIGN ABOVE THE CARGO BAY THAT SAYS "EXCEL WHOLESALE INC. CASH AND CARRY SUPPLIERS OF HEALTH AND BEAUTY AID AND GENERAL MERCHANDISE 15-13" (Subject Premises)

-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 15 2014 ★
LONG ISLAND OFFICE

**ORDER TO SHOW CAUSE**

Docket No.

MISC. 14 1179

SPATT, J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 15 2014 ★
LONG ISLAND OFFICE

Upon the annexed declaration of Thomas F. Liotti, dated October 7, 2014, let the Nassau County District Attorney's Office; the United States Attorney's Office for the Eastern District of New York (Central Islip); and the United States Immigration and Customs Enforcement and the United States Department of Homeland Security, show cause before this Court, at the United States District Court, Eastern District of New York, Alfonse M. D'Amato, U.S. Courthouse, 100

1

Federal Plaza, Central Islip, New York 11722-4449, on the 24 day of October, 2014, at 3:30 in the afternoon thereof, or as soon thereafter as counsels can be heard why an order should not be made:

(a) Unsealing the search warrants issued in this matter; together with any Affidavits filed in support of same and with testimony given, as well as supporting documentation, if any, in connection thereof, and the returns on said warrants, showing the specific property seized, and why this property should not be replevied or returned to the subject owners thereof and the location from whence they were taken; and

(b) For such other and further relief as to the Court may seem just and proper.

**ORDERED**, that service of this order together with a copy of the papers upon which it is granted, upon Nassau County District Attorney's Office at 262 Old Country Road, Mineola, New York 11501; the United States Attorney's Office for the Eastern District of New York, at 610 Federal Plaza, Central Islip, New York 11722-4454; and the United States Immigration and Customs Enforcement and the United States Department of Homeland Security, at Service Processing Center, Litigation Unit, 201 Varick Street, Room 1130, New York, New York 10014, and personal service *via* overnight mail, on or before the 20 day of October, 2014, by 5PM be deemed good and sufficient service.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

Attorney signature pursuant to
Sec. 130-1.1-a of the Rules of the
Chief Administrator (22 NYCRR)

_____
Thomas F. Liotti, Esq. (TL 4471)
LAW OFFICES OF THOMAS F. LIOTTI

2