**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Docket Number : MC-14-1179 (ADS)

Caption: IN THE MATTER OF THE SEARCH

    Due to a change in the Court's calendar the Order to Show Cause previously scheduled for October 24, 2014 at 3:30 p.m. in the above-entitled action is hereby rescheduled to **2:00 p.m. on October 24, 2014**.

                                                  DOUGLAS C. PALMER
                                                  CLERK OF COURT

                                        By: Mary Ellen Kirchner
                                           Courtroom Deputy to
Dated: Central Islip, New York     Hon. Arthur D. Spatt
      October 21, 2014                 1024 Federal Plaza
                                           Central Islip, N.Y. 11722
                                           (631) 712-5625