DATE: __10/24/2014__

BEFORE: SPATT, U.S.D.J.                           AT: __2:13 - 2:56__

## MISC. CAUSE FOR ORDER TO SHOW CAUSE

DOCKET NUMBER: __MC-14-1179__

TITLE: __IN THE MATTER OF THE SEARCH OF THE PREMISES KNOWN AS__

APPEARANCES: For Petitioner(s): __Thomas F. Liotti, Esq.__

For Respondent(s): __Charles P. Kelly, AUSA__ ~~Andrew J. Weiss, Special AUSA~~

C/R __Owen W. Wicker__

☑ Case called.

☑ Counsel for all parties present.

☐ Counsel for _____ not present.

☑ Order to Show Cause held.

☐ O.S.C. granted.     ☐ O.S.C. denied.

☐ Decision reserved.

☐ Plaintiff/Defendant to settle order on notice.

☑ Other __Rulings on the record. Mr. Liotti to submit an order to the Court based on this Court's rulings, immediately.__

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 24 2014 ★
LONG ISLAND OFFICE