UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In the Matter of the Search of

THE PREMISES KNOWN AND DESCRIBED
AS 100 SWEENEYDALE AVENUE,
BAYSHORE, NEW YORK, A ONE STORY
BRICK BUILDING WITH A SIGN THAT HAS
THE NUMBER "100" (Subject Premises)

        -and-

In the Matter of the Search of

THE PREMISES KNOWN AND DESCRIBED
AS 15-13 132nd STREET, COLLEGE POINT,
NEW YORK, A TAN BRICK WAREHOUSE
WITH ONE CARGO BAY AND A SIGN
ABOVE THE CARGO BAY THAT SAYS
"EXCEL WHOLESALE INC. CASH AND
CARRY SUPPLIERS OF HEALTH AND
BEAUTY AID AND GENERAL
MERCHANDISE 15-13" (Subject Premises)
-------------------------------------------------------------X

Docket No.:  MISC 14 1179 (ADS)

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK  )
                      ss.:
COUNTY OF NASSAU  )

       I, Lucia Maria Ciaravino, being duly sworn deposes and says:

       I am not a party to the action; I am over 18 years of age and reside at Westbury, New

York.

       On April 13, 2015, at approximately 3:45 p.m., at the Office of the United States

Attorney, Eastern District of New York, located at Long Island Federal Plaza, 610 Federal Plaza,

6th Floor, Central Islip, New York  11722-4454, I served the within **Order To Show Cause and**

**its supporting papers** upon the respondent, **United States Attorney's Office for the Eastern**

1

**District of New York**, by delivering a true copy thereof personally to **Security Officer Peter**

**Venezia**, a person authorized to accept service at the Office of the United States Attorney,

Eastern District of New York.  The aforesaid person served is described as follows: Male; White

Skin; Age: 60 – 65 years ;  Height (approx.): 5'5" – 5'8"; Weight (approx.): 170 - 190 lbs.;  Hair

Color: White; Other Identifying Features:  Balding; Beard.

*Lucia Maria Ciaravino*
_____
Lucia Maria Ciaravino

Sworn to before me this

14th day of April, 2015.

*Jean M. Lagrasta*
_____
Notary Public

JEAN M. LAGRASTA
Notary Public, State of New York
No. 30-4669904
Qualified in Nassau County
Commission Expires Oct. 31, 2018

2